# United States Court of Appeals
## For the First Circuit

Nos. 12-9008; 12-9009

IN RE: SW BOSTON HOTEL VENTURE, LLC; AUTO SALES & SERVICE, INC.;
GENERAL TRADING COMPANY; FRANK SAWYER CORPORATION;
100 STUART STREET, LLC; 30-32 OLIVER STREET CORPORATION;
GENERAL LAND CORPORATION; 131 ARLINGTON STREET TRUST

Debtors

_____

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Appellee

v.

SW BOSTON HOTEL VENTURE, LLC; AUTO SALES & SERVICE, INC.;
GENERAL TRADING COMPANY; FRANK SAWYER CORPORATION;
100 STUART STREET, LLC; 30-32 OLIVER STREET CORPORATION;
GENERAL LAND CORPORATION; 131 ARLINGTON STREET TRUST

Appellants

CITY OF BOSTON

Creditor

Nos. 12-9011; 12-9012

IN RE: SW BOSTON HOTEL VENTURE, LLC ; AUTO SALES & SERVICE, INC.;
GENERAL TRADING COMPANY; FRANK SAWYER CORPORATION;
100 STUART STREET, LLC; 30-32 OLIVER STREET CORPORATION;
GENERAL LAND CORPORATION; 131 ARLINGTON STREET TRUST

Debtors

_____

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Appellee

v.

CITY OF BOSTON

Appellant

## CALENDARING NOTICE

Issued: September 26, 2013

This case is presently scheduled to be called for oral argument on **November 07, 2013** at **9:30 a.m.** in **Boston, MA**. There will be no continuance except for grave cause.

Within two weeks after the date of this notice, counsel for each party should advise this office of the name of the person who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel, as well as the time allotted for oral argument, will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check-in with the courtroom deputy.** Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

Recordings of all proceedings in cases by parties before the court will be made available online unless the court orders otherwise or the court closes the proceedings to the public. Counsel therefore should consider the privacy implications of this before argument.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Laura Michalski, 617-748-9069.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Charles R. Bennett
Emily Kate Buyuk
Christopher Michael Condon
Meagan E. Costello
Patrick P. Dinardo
John Christian Elstad
Emanuel C. Grillo
William M. Jay
D. Ethan Jeffery
Gina L. Martin
Harold B. Murphy
Joseph Francis Ryan
Natalie B. Sawyer
Pamela Smith Holleman
Bruce Francis Smith